ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY
Assistant U.S. Attorney
California Bar No. 323359
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987
Fax: (619) 546-7751
Email: Erin.Dimbleby@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**DECLARATION OF MARIELLE CEJA** |

I, Marielle Ceja, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following statements are true and correct, to the best of my knowledge, information, and belief:

1. I am a Supervisor Detention and Deportation Officer with the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), in the San Diego Field Office. I have been serving as a

Supervisory Detention and Deportation Officer since December 29, 2024. I have been with ICE since February 2, 2020, and have held my position as a Deportation Officer since February 2, 2020.

2. The following information is based on my personal knowledge, as well as my review of government databases and documentation relating to Petitioner A.M. (Petitioner).

3. Petitioner is a citizen and national of Morocco. He was apprehended and detained in ICE custody on June 3, 2025 and placed in expedited removal proceedings under 8 U.S.C. § 1225(b)(1). A deportation officer explained to Petitioner that he was placed in expedited removal proceedings.

4. Petitioner was determined to be inadmissible under 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant not in possession of a valid entry document, and was issued a Notice of Expedited Removal under section 235(b)(1) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1225(b)(1).

5. Petitioner expressed a fear of returning to Morocco. Petitioner is being referred for a credible fear interview before a U.S. Citizenship and Immigration Services asylum officer. The process of being referred for a credible fear interview was explained to Petitioner.

6. Petitioner is not currently subject to a final order of removal. There is no removal date scheduled. ICE has designated Petitioner's country of removal as Morocco.

7. Petitioner is not being processed under the Alien Enemies Act of 1798.

8. The San Diego Field Office is not processing individuals under the Alien Enemies Act of 1798.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 6, 2025, in San Diego, California.

**MARIELLE CEJA** Digitally signed by MARIELLE CEJA
Date: 2025.06.06 13:41:35 -07'00'
_____
Marielle Ceja
Supervisory Detention and Deportation Officer