Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW CORE CIVIC; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego<br><br>Defendant(s). | Case No.: 25CV1412 JO AHG<br><br>**NOTICE OF MOTION AND MOTION FOR EMERGENCY RESTRAINING ORDER \| INJUNCTIVE RELIEF FOR PLAINTIFF-PETITIONER A.M. ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED**<br><br>Hearing Date: June 18, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

TO THE CLERK OF COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at the hearing date of June 18, 2025, or as scheduled thereafter, in Courtroom 4C before the Hon. Jinsook Ohta, Plaintiffs-Petitioners will move to preserve the emergency stay of removal of A.M. and shorten time to apply the emergency stay to preserve the rights of the proposed putative- provisional class, or a concise iteration thereof:

> All individuals who have appeared or will appear at the Edward J. Building Federal Building and Courthouses within the Southern District of California, who have been, or who face an imminent risk of being, arrested or detained by warrantless, administrative arrests, due to those mandated appearances for official or administrative business.

For the reasons fully explained, Plaintiffs-Petitioners respectfully apply to this court for a Temporary Restraining Order under Federal Rules of Civil Procedure 65, based on the Motion for an Emergency Temporary Restraining Order or Injunctive Relief, the Notice of Motion and Motion; the Memorandum in Support of the Emergency Motion for Class Relief and all all papers, pleadings, records, and exhibits in this case; all matters of which judicial notice may be taken; and such other arguments and/or evidence as may be presented to this Court.

Plaintiffs-Petitioners provided notice of the emergency request on or about June 5, 2025, and spoke again on June 12, 2025, with Defense Counsel. Counsel for Defendants confirmed that Plaintiff submit the following statement on their behalf: **"Defendants do not oppose Plaintiff's request for an extension of time to file a TRO Motion and Class Motion, i.e., an extension up through the June 18, 2025 hearing date."** Plaintiff did not oppose the conversion of a status conference but expressed that in light of the irreparable harm, will move to seek to protect others similarly situated in an emergency restraining order or injunctive relief.

///

///

Plaintiff-Petitioner on behalf of himself and others respectfully request that the Court (i) **release A.M.** back to the status quo prior to his unlawful detention, or order non-detained affirmative asylum adjudication, (ii) **maintain a stay of removal** for those subjected to the courthouse arrests, (iii) **direct Defendants to refrain** *immediately* from conducting warrantless, civil administrative arrests in or about the U.S. Federal Building and Courthouses within the Southern District of California, and/or (iv) any such relief deemed proper and appropriate by this court.

                                        Respectfully submitted,

DATED: June 13, 2025         LAW OFFICES OF EMILY E. HOWE

                                        By /s/ Emily Howe
                                             Emily Howe
                                             Attorneys for Plaintiffs
                                             emh@howelaws.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the CM/ECF system.  A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ Emily Howe

Emily Howe, Esq.

4

NOTICE OF MOTION AND MOTION FOR EMERGENCY RESTRAINING ORDER INJUNCTIVE RELIEF FOR PLAINTIFF-PETITIONER A.M. ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED