Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated<br><br>                    Plaintiff(s),<br><br>     vs.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW CORE CIVIC; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego<br><br>                    Defendant(s). | Case No.: 25CV1412 JO AHG<br><br><br>**NOTICE OF MOTION AND MOTION FOR CLASS TEMPORARY RESTRAINING ORDER**<br><br><br>Hearing Date: June 18, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing date of June 18, 2025, has been set in Courtroom 4C before the Hon. Jinsook Ohta for Plaintiffs-Petitioners' Motion for a Provisional Class for Emergency Relief, which was set for a hearing on the class, respectfully move to shorten time and incorporate by reference the declarations.

All individuals who, on or after January 20, 2025, have appeared or will appear at the Edward J. Schwartz Federal Building or Courthouse—or at any federal, state, or immigration courthouse within the Southern District of California—in connection with removal proceedings conducted under 8 U.S.C. § 1229a, INA § 240, and who have been subjected to or face a concrete or imminent risk of being subjected to: (a) arrest or detention by the Department of Homeland Security without a judicial warrant in connection with that appearance; (b) removal from their pending or scheduled INA § 240 docket and placement into expedited-removal proceedings under INA § 235(b)(1); (c) re-detention despite an immigration-judge bond order; or (d.) denial of a reasonable opportunity to consult with counsel with an interpreter while in DHS or contractor custody.

**Plaintiff-Petitioner A.M. seeks emergency injunctive relief for himself and the putative class– expressly not to deprive any potential individual claims – but rather to ensure that this Court is not permanently deprived of jurisdiction.**

The limited temporary purpose is to slow down the mass courthouse arrests of the general public before irreparable damage.

Plaintiff will seek to move to amend.

///

///

///

///

NOTICE OF MOTION AND MOTION FOR CLASS TEMPORARY RESTRAINING ORDER

Plaintiffs' Motion for a Temporary Restraining Order Injunctive Relief is based on this Notice of Motion and Motion; the Memorandum in Support of Plaintiffs' Motion and all exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other arguments or evidence as may be presented at a hearing on this Motion.

Respectfully submitted,

DATED: June 13, 2025                LAW OFFICES OF EMILY E. HOWE

*By /s/* Emily Howe
Emily Howe, Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system.  A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ Emily Howe

Emily Howe, Esq.