ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY, SBN 323359
LISA M. HEMANN, Arizona Bar No. 024703
SAMUEL W. BETTWY, SBN 94918
MARY CILE GLOVER-ROGERS, SBN 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987/6964/7215/7643
Fax: (619) 546-7751
Erin.Dimbleby@usdoj.gov
Lisa.Hemann@usdoj.gov
Samuel.Bettwy@usdoj.gov
Mary.Glover-Rogers@usdoj.gov
Attorneys for Defendants/Respondents

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Plaintiff-Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Defendant-Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING PLAINTIFF'S STATUS** |

Defendants, through counsel, submit the following Notice to provide updated information for the Court regarding the status of Plaintiff A.M.'s immigration proceedings. A U.S. Immigration and Citizenship Services (USCIS) asylum officer conducted a credible fear interview of Plaintiff A.M. and issued a positive finding of credible fear.[1] In light of the positive finding, USCIS issued a Notice to Appear (NTA) to Plaintiff. The NTA was filed with the immigration court, thereby commencing removal proceedings under Section

---

[1] During the interview, Plaintiff A.M.'s attorney, Emily Howe, was contacted. Plaintiff A.M. communicated to the asylum officer that he has spoken to his attorney, Emily Howe.

240 of the Immigration and Nationality Act, 8 U.S.C. § 1229a. *See* NTA, Exhibit 11; 8 C.F.R. § 1003.14(a). Plaintiff is not currently subject to a final order of removal. He is currently set to appear before an immigration judge on July 30, 2025. *See* NTA. Immigration and Customs Enforcement (ICE) has indicated that they do not intend to transfer Plaintiff A.M. out of the district during the pendency of his 240 proceedings.

DATED: June 17, 2025

ADAM GORDON
United States Attorney

*s/ Erin M. Dimbleby*
*s/ Lisa M. Hemann*
*s/ Mary Cile Glover-Rogers*
ERIN M. DIMBLEBY
LISA M. HEMANN
SAMUEL W. BETTWY
MARY CILE GLOVER-ROGERS
Assistant U.S. Attorneys