UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., et. al., | Case No.: 3:25-cv-01412-JO-AHG |
| Petitioners, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | Date: June 23, 2025 |
| CHRISTOPHER LAROSE, et al., | Time: 10:30 A.M. |
| Respondents. | Location: Edward J. Schwartz United States Courthouse 221 West Broadway San Diego, CA 92101 |

Petitioner, ███████████████████ is confined at Otay Mesa Detention Center, 7488 Calzada De La Fuente, San Diego, CA 92154. To secure ███████ attendance at an evidentiary hearing scheduled for June 23, 2025 at 10:30 A.M. and preliminary injunction hearing scheduled for July 2, 2025 at 9:30 A.M., it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of ███████████████████████, to produce ███████ to Courtroom No. 4C, 4th Floor at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Jinsook Ohta presiding, beginning at 10:30 A.M. on June 23, 2025.

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

1. commanding the Warden of Otay Mesa Detention Center to, (1) deliver ▌▌▌▌ ▌▌▌▌ to Courtroom No. 4C, 4th Floor at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, at 10:30 A.M. on June 23, 2025; and (2) retain custody of ▌▌▌▌ unless or until the United States Marshal takes him into custody.

2. The Writ further commands the United States Marshal to take custody of ▌▌▌▌ on June 23, 2025, at Courtroom No. 4C, 4th Floor at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101. The United States Marshal is further ordered to, (1) transport ▌▌▌▌ to Metropolitan Correction Center San Diego at the end of the evidentiary hearing on June 23, 2025, or to another location convenient to the above-referenced court; (2) retain custody of ▌▌▌▌; (3) produce him for the preliminary injunction hearing scheduled for July 2, 2025, at the time and place above, until completion of the proceedings or as ordered by the Court; and (4) return him to the custody of Otay Mesa Detention Center as soon as reasonably possible upon completion of the July 2, 2025 preliminary injunction hearing.

3. The custodian is ordered to notify the Court of any change in custody of ▌▌▌▌ and is ordered to provide the new custodian with a copy of this writ.

4. The Writ further commands the United States Marshal to serve a copy of this order upon Christopher LaRose, Warden of Otay Mesa Detention Center.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Christopher LaRose, the Warden of Otay Mesa Detention Center, **YOU ARE COMMANDED** to deliver ▌▌▌▌, No. A242 774 435, to the above-referenced Court on June 23, 2025 at 10:30 A.M. and to retain custody of him until the United States Marshal takes him into custody.

To: United States Marshal,

**YOU ARE COMMANDED** to take ▌▌▌▌ into custody on

1  June 23, 2025 at the above-referenced Court and to transport ▮▮▮▮ to Metropolitan
2  Correction Center San Diego, or alternatively to another location convenient to the Court.
3      **FURTHER,** you have been ordered for, and to produce ▮▮▮▮
4  ▮▮▮▮, for the preliminary injunction hearing scheduled for July 2, 2025 at 9:30 A.M.
5  at the place above, until completion of the proceedings or as ordered by the Court.
6      **FURTHER,** you have been ordered to notify the Court of any change in custody of
7  ▮▮▮▮ and to provide the new custodian with a copy of this writ.
8      **FURTHER,** you have been ordered to return ▮▮▮▮ to the
9  custody of Christopher LaRose at Otay Mesa Detention Center as soon as reasonably
10 possible upon completion of the July 2, 2025 preliminary injunction hearing.
11     **FURTHER,** you have been ordered to serve a copy of this order upon Christopher
12 LaRose, Warden of Otay Mesa Detention Center.
13     **IT IS SO ORDERED.**
14 Dated: June 18, 2025

Honorable Jinsook Ohta
United States District Judge

I hereby attest and certify on 6/18/25 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: _____
Deputy