ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY, SBN 323359
LISA M. HEMANN, Arizona Bar No. 024703
SAMUEL W. BETTWY, SBN 94918
MARY CILE GLOVER-ROGERS, SBN 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987/6964/7215/7643
Fax: (619) 546-7751
Erin.Dimbleby@usdoj.gov
Lisa.Hemann@usdoj.gov
Samuel.Bettwy@usdoj.gov
Mary.Glover-Rogers@usdoj.gov
Attorneys for Defendants/Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Plaintiff-Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Defendant-Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**DEFENDANTS' STATUS UPDATE PURSUANT TO JUNE 20, 2025 MINUTE ORDER** |

Defendants submit the following status update pursuant to the Court's June 20, 2025 minute order. *See* ECF No. 52. On June 19, 2025, Defendants effectuated Plaintiff's "immediate release from custody" as requested by Plaintiff's counsel at the June 18, 2025 hearing on this matter and as memorialized in the Court's June 18, 2025 minute order. *See* Exhibit 1; ECF No. 48.

DATED: June 20, 2025

ADAM GORDON
United States Attorney

*s/ Mary Cile Glover-Rogers*
MARY CILE GLOVER-ROGERS
Assistant U.S. Attorney