# EXHIBIT 1

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

File No.: ▮

Name: ▮

Date: Jun 19, 2025

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

- ☒ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.
- ☒ You must surrender for removal from the United States if so ordered.
- ☒ You must report in (writing) (person) to Duty officer at San Diego Field Office on June 26, 2025, 10:00 AM as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

- ☒ You must not change your place of residence without first securing written permission from the officer listed above.
- ☒ You must not violate any local, State or Federal laws or ordinances.
- ☒ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.
- ☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

  *If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

- ☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE:** Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.

DANNY R BARLOW
Digitally signed by DANNY R BARLOW
Date: 2025.06.19 12:33:04 -07'00'

Supervisory Detention and Deportation Officer
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ____Other____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

D. BRUNETTE

(Signature of ICE Official Serving Order)        (Signature of Alien)

Jun 19, 2025
Date

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release.    ☐ The alien was taken into custody for removal.

_____        _____
(Signature of ICE Official Cancelling Order)        Date

ICE Form I-220A (10/20)                                                                 Page 1 of 5



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (ADDENDUM)

File No.: ▮

Name: ▮

Date: Jun 19, 2025

- ☒ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

- ☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

- ☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

- ☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

- ☒ That you do not commit any crimes while on this Order of Release on Recognizance.

- ☒ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

- ☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

- ☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

- ☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

- ☒ Any violation of the above conditions will result in revocation of your employment authorization document.

- ☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

- ☐ Other:



X ▮
(Signature of Alien)

ICE Form I-220A (10/20)                                                                                   Page 3 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (OUT-PROCESSING CHECKLIST)

### Sex Offenders

- ☐ Probation/Parole Officer Notified
- ☐ Registered as sex-offender as required by state statute within 7 days
- ☐ Victim/Witness Coordinator Notified
- ☐ Victim/Witness Notified
- ☐ Written Proof of Counseling

### Substance Abusers

- ☐ Probation/Parole Officer Notified
- ☐ Written Proof of Counseling

### All Aliens

- ☐ Probation/Parole Officer Notified
- ☒ Obtain address where living and telephone number
- ☐ Enter into IDENT    FINS#: ▮▮▮▮▮▮▮▮
- ☒ NCIC Check
- ☐ Travel Document Application
- ☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer: *[signature]* <br> D. BRUNETTE, Deportation Officer | Date <br> Jun 19, 2025 |

| Concurrence By | DANNY R BARLOW — Digitally signed by DANNY R BARLOW <br> Date: 2025.06.19 12:31:33 -07'00' |
|---|---|
| Supervisory Detention and Deportation Officer: <br> , Supervisory Detention and Deportation Officer | Date <br> Jun 19, 2025 |

| U.S. Department of Homeland Security | | Continuation Page for Form I-220A |
|---|---|---|
| Alien's Name: [REDACTED] | File Number: [REDACTED] | Date: Jun 19, 2025 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------------------------

San Diego Field Office
880 Front Street, Suite 2242
San Diego, CA 92101

| Signature | Title |
|---|---|
| D. BRUNETTE | Deportation Officer |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)