Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW CORE CIVIC; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego<br><br>Defendant(s). | Case No.: 25CV1412 JO AHG<br><br>**NOTICE OF MOTION AND MOTION FOR PLAINTIFF'S PRELIMINARY INJUNCTIVE AND DECLARATORY RELIEF**<br><br>Hearing Date: July 2, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing date of July 2 2025, has been set in Courtroom 4C at 9:30 a.m., before the Hon. Jinsook Ohta for Plaintiffs-Petitioners' Motion for Preliminary Injunctive and Declaratory Relief pursuant to Fed. R. Civ. Proc. 65.  Plaintiff-Petitioner's Motion for Preliminary Injunctive Relief is based on this Notice of Motion and Motion; the concurrently-filed Memorandum in Support of Plaintiff-Petitioners' Motion and all exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other verbal or written arguments and/or evidence as may be presented to this Court at a hearing on this Motion.

Pursuant to Fed.R.Civ.P. 65(c), Plaintiffs request that the security amount "proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined" be considered zero in light of the contents of the injunction.

Plaintiff-Petitioner on behalf of himself and others respectfully seek Court Protection on: (i) **release A.M.** back to the status quo prior to his unlawful detention, order non-detained affirmative asylum adjudication, (ii) **maintain a stay of removal** for those subjected to the courthouse arrests, (iii) **direct Defendants to refrain** *immediately* from conducting warrantless, civil administrative arrests in or about the U.S. Federal Building and Courthouses within the Southern District of California, and/or (iv) any such relief deemed proper and appropriate by this court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: June 25, 2025 | LAW OFFICES OF EMILY E. HOWE |
|  | *By /s/*  Emily Howe |
|  | Emily Howe |
|  | Attorneys for Plaintiffs |
|  | emh@howelaws.com |

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ Emily Howe

Emily Howe, Esq.
