Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated )<br><br>Plaintiff(s), )<br><br>vs. )<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW CORE CIVIC; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego<br><br>Defendant(s). | Case No.: 25CV1412 JO AHG<br><br>**NOTICE OF MOTION AND MOTION TO FILE OR LODGE DOCUMENTS PURSUANT TO CIV. L. R. 79.2 AND ADMINISTRATIVE POLICIES AND PROCEDURES SECTION 2.J**<br><br>**(SUBMITTED IN SUPPORT OF REPLY TO RESPONSE TO PRELIMINARY INJUNCTIVE AND DECLARATORY RELIEF)**<br><br>Hearing Date: July 2, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-Petitioner, pursuant to Southern District of California Civil Local Rule 79.2 and Section 2.j. of the Court's Electronic Case Filing Administrative Policies and Procedure Manual hereby apply to the Court to file the following documents under seal:

- Plaintiff-Petitioner's recent medical visit.
- To the extent helpful, the unsealed signatures for Attorneys, Legal Observers, and Witnesses. (The Exhibits: Declarations were filed publicly under ECF No. 42 and 62-2.)

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589 (1978). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003)). "The presumption of access is 'based on the need for federal courts, although independent—indeed, particularly because they are independent—to have a measure of accountability and for the public to have confidence in the administration of justice.'" *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995)).

A party seeking to seal a judicial record bears the burden of overcoming this strong presumption of access. *Foltz*, 331 F.3d at 1135. To overcome the presumption of access, the party must demonstrate either "good cause" or "compelling reasons" to seal a record, depending on the motion to which the record relates. Ctr. for Auto Safety, 809 F.3d at 1096–1097. If the underlying motion is more than tangentially related to the merits, the "compelling reasons" standard applies. Id. at 1096–1098. When the underlying motion does not surpass

1  this threshold, the "good cause" standard applies. Id. Further, "[e]ven if it may be
2  appropriate to seal a document in its entirety, a party should still redact records
3  whenever possible." Craig v. Am. Tuna, Inc., No. 22-cv-00473, 2023 U.S. Dist.
4  LEXIS 211558, at *10 (S.D. Cal. Nov. 28, 2023).

5  Here, there is good cause to file the unredacted information because it contains privileged information like medical records, or personally identifying information such as a signature. The redacted version was previously filed, and this unredacted version is submitted as supportive to the resolution of the motion.

Respectfully submitted,

DATED June 30, 2025            LAW OFFICES OF EMILY E. HOWE

*By /s/* Emily Howe
Emily Howe
Attorneys for Plaintiffs
emh@howelaws.com