Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>  Petitioner-Plaintiff(s),<br><br>   vs.<br><br>U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW CORE CIVIC; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego<br><br>  Respondent-Defendant(s). | Case No.: 25CV1412 JO AHG<br><br>**PETITIONER-PLAINTIFF'S NOTICE PURSUANT TO JUNE 30 MINUTE ORDER [ECF NO. 69].**<br><br>Hearing Date: July 2, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

PETITIONER-PLAINTIFFS' NOTICE OF MODERN STANDARD ARABIC INTERPRETER

TO THE CLERK OF COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE: Petitioner-Plaintiff A.M., by and through his counsel of record, respectfully submits and confirms that Petitioner-Plaintiff is proficient in modern standard Arabic pursuant to the Court's Minute Order dated June 30, 2025 (ECF No. 69), and will plan to proceed with the July 2, 2025 hearing.

DATED: June 30, 2025                    LAW OFFICES OF EMILY E. HOWE

*By /s/* Emily Howe
Emily Howe
Attorneys for Plaintiffs
emh@howelaws.com