1  Emily E. Howe, State Bar No. 293964
2  LAW OFFICES OF EMILY E. HOWE
3  405 Via del Norte, Ste B
   La Jolla CA 92037
4  Telephone: (619) 800-6605
   Email: emh@howelaws.com
5
6  **UNITED STATES DISTRICT COURT**
   **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
7
8  A.M. on behalf of himself and others ) Case No.: 25CV1412 JO AHG
   similarly situated                   )
9                                        )
                         Plaintiff(s),  )
10      vs.                              ) **PLAINTIFF'S NOTICE OF**
                                         ) **INTENT TO REQUEST**
11                                       ) **REDACTION**
   U.S. CUSTOMS AND IMMIGRATION )
12 ENFORCEMENT; EXECUTIVE           )
13 OFFICE OF IMMIGRATION REVIEW )
   CORE CIVIC; CHRISTOPHER          )
14 LAROSE, warden of Otay Mesa      )
   Detention Center; PAMELA BONDI,  )
15 Attorney General of the United States, in )
16 her official capacity, KRISTI NOEM, )
17 Secretary of the U.S. Department of )
   Homeland Security, in her official )
18 capacity; U.S. DEPARTMENT OF     )
19 HOMELAND SECURITY, TODD          )
   LYONS, Acting Director of U.S.   )
20 Immigration and Customs Enforcement, )
21 in his official capacity; JASON  )
   AGUILAR, Chief Counsel for       )
22 Immigration and Customs Enforcement )
23 San Diego, SIDNEY AKI, Director of )
   Field Operations, San Diego Field Office )
24 U.S. Customs and Border Protection, )
25 GREGORY J. ARCHAMBEAULT,         )
   Director of U.S. Immigration and )
26 Custom Enforcement and Removal
27 Operations (ERO) San Diego
                         Defendant(s).
28

1  TO THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 5.2 and this Court's
4  Local Rule 79.2, Plaintiff-Petitioner A.M., by and through counsel, intends to
5  request redaction of specific information contained in the transcript of proceedings
6  held on June 18, 2025, before the Honorable Jinsook Ohta, and filed in the docket
7  on June 27, 2025.  ECF No. 65.   Plaintiff hereby notify the Defendants and all
8  parties of this request and will seek leave to file the specific redactions and order
9  under seal upon access to the transcript.

                                              Respectfully submitted,

DATED July 7, 2025              LAW OFFICES OF EMILY E. HOWE

                                        *By /s/*  Emily Howe
                                          Emily Howe
                                          Attorneys for Plaintiffs
                                          emh@howelaws.com