ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY, SBN 323359
LISA M. HEMANN, Arizona Bar No. 024703
SAMUEL W. BETTWY, SBN 94918
MARY CILE GLOVER-ROGERS, SBN 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987/6964/7215/7643
Fax: (619) 546-7751
Erin.Dimbleby@usdoj.gov
Lisa.Hemann@usdoj.gov
Samuel.Bettwy@usdoj.gov
Mary.Glover-Rogers@usdoj.govs

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Plaintiff-Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Defendant-Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**EX PARTE APPLICATION FOR AN ORDER ESTABLISHING TIME TO RESPOND TO FOURTH AMENDED COMPLAINT AND PETITION FOR WRIT OF HABEAS** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants-Respondents respectfully request that the Court issue an order establishing the time to respond to the Plaintiff-Petitioner A.M.'s "Fourth Amended Complaint for Declaratory Relief; Petition for Writ of Habeas" (ECF No. 88). Rule 6(b)(1) specifically allows that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Here, the request is made before the original time expires, and good cause exists for the requested extension of time as set forth below.

While Fed. R. Civ. P. 15(a)(3) allows a defendant fourteen (14) days to respond to an amended pleading, Rule 5(a) of the Rules Governing Section 2254 Cases provides that a respondent is "not required to answer the petition unless a judge so orders."[1] Plaintiff-Petitioner filed his Fourth Amended Complaint as a hybrid pleading, encompassing both a complaint and a petition for writ of habeas. Since this case is a hybrid complaint and habeas petition, there is no clear rule governing the response time.

Further, CivLR 15.1(b) requires that any motion seeking to amend a pleading must be accompanied by a proposed amended pleading that shows, "through redlining, underlining, strikeouts, or other similarly effective typographic methods – how the proposed amended pleading differs from the operative pleading." Here, the Fourth Amended Complaint was not accompanied by a redlined version, Defendants-Respondents will require adequate time to determine the material differences in the Fourth Amended Complaint.

For all the foregoing reasons, Defendants-Respondents respectfully request that the Court issue an order establishing the deadline to respond to the Fourth Amended Complaint forty-five (45) days from the date of filing, or until Friday, October 3, 2025.

DATED: August 21st, 2025

ADAM GORDON
United States Attorney

s/ *Lisa M. Hemann*
ERIN M. DIMBLEBY
LISA M. HEMANN
SAMUEL W. BETTWY
MARY CILE GLOVER-ROGERS

Assistant U.S. Attorneys
Counsel for Defendants-Respondents

---

[1] These rules may be applied to habeas petitions brought pursuant to other provisions, including immigration-related habeas cases brought under 28 U.S.C. § 2241. Rule 1(b) of Rules Governing § 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)").