# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

*Petitioner*

V.

See attachment

*Respondent*

Civil Action No.  25cv01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
(619) 800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  6/6/25

John Morrill
*CLERK OF COURT*
S/                              G. Vocal
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 25cv01412-JO-AHG         Date Issued: 6/6/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                    *Server's Signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. __25cv01412-JO-AHG__

Respondent:

Christopher Larose, Warden of Otay Mesa Detention Center;

Pamela Bondi, Attorney General of the United States, in her official capacity;

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity;

U.S. Department of Homeland Security;

Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;

Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego;

Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection;

Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego;

U.S. Customs and Immigration Enforcement;

Core Civic

AO 441   Summons in a Civil Action (Page 2)

**Civil Action No.** 25cv01412-JO-AHG                             Date Issued:      6/6/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                  *Server's Signature*

                                                                  _____
                                                                  *Printed name and title*

                                                                  _____
                                                                  *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. <u>25cv01412-JO-AHG</u>

Respondent:

Christopher Larose, Warden of Otay Mesa Detention Center;

Pamela Bondi, Attorney General of the United States, in her official capacity;

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity;

U.S. Department of Homeland Security;

Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;

Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego;

Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection;

Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego;

U.S. Customs and Immigration Enforcement;

Core Civic

EMILY E. HOWE, ESQ.
405 VIA DEL NORTE, SUITE B
LA JOLLA CA 92037
619-800-6605
Atty. File No.   : 25CV1412-JO-AHG

UNITED STATES DISTRICT COURT
SOUTHERN

| | | |
|---|---|---|
| PLAINTIFF | : A.M. ON BEHALF ETC. | Case No.: 25CV1412-JO-AHG |
| DEFENDANT | : U.S. CUSTOMS AND IMMIGRATION ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; SECOND AMENDED COMPLAINT; WAIVER OF THE SERVICE OF SUMMONS; MINUTE ORDER

3. a. Party served  :  PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, IN HER OFFICIAL CAPACITY
   b. Person served :  PERSONALLY SERVED VIA CERTIFIED MAIL
                       (PER CLIENTS INSTRUCTIONS)

4. Address where the party was served   950 PENNSYLVANIA AVE NW
                                         WASHINGTON, DC 20530   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on June 13, 2025  (2) at: 03:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. BETTY MACEDO
   b. KNOX ATTORNEY SERVICE, INC.
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700

   d. Fee for service: $69.00
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 152
         (iii) County: San Diego, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 16, 2025                    Signature: _____Betty Macedo_____
                                                  BETTY MACEDO

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**          Ref. No. 0798714-05

