AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

*Plaintiff*

V.

See Attachment

*Defendant*

Civil Action No. 25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**CHRISTOPHER LAROSE**
**OTAY MESA DETENTION CENTER**
**Warden of Otay Mesa Detention Center**
**7488 Calzada De La Fuente**
**San Diego, CA 92154**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____8/21/25_____

John Morrill
*CLERK OF COURT*
S/
_____ R. Contreras
*Signature of Clerk or Deputy Clerk*

AO 441     Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG                    Date Issued:     8/21/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _Christopher La Rose, Warden_
_OTAY Mesa Detention Center_
was received by me on *(date)* _8/25/25_

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   per Rule 4(1) USPS fully paid, certified mail, returned receipt requested


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _8/25/2025_

_____
*Server's Signature*

**Robert Lewis, Assistant**
_____
*Printed name and title*

**405 Via del Norte, Ste B3, La Jolla CA 92037**
_____
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441      Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

|                          |
| *Plaintiff* |

Civil Action No. 25-cv-01412-JO-AHG

**v.**

See Attachment

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **U.S. DEPARTMENT**
> **OF HOMELAND SECURITY**
> **2707 Martin Luther King Jr Ave SE**
> **Washington, DC 20528-0525**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    8/21/25



John Morrill
*CLERK OF COURT*

S/
                    R. Contreras
        *Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG                    Date Issued:    8/21/25

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*  US Department of Homeland Security

was received by me on *(date)*  8/25/2025  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  8/25/2025

_____
*Server's Signature*

Robert Lewis Assistant
_____
*Printed name and title*

465 Via Del Norte Ste B3 La Jolla CA 92657
_____
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

*Plaintiff*

**v.**

See Attachment

*Defendant*

Civil Action No. 25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
**500 12th Street, S.W.**
**Washington, D.C. 20536**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____8/21/25_____

John Morrill
*CLERK OF COURT*
S/
            R. Contreras
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action
(Page 2)

Civil Action No. 25-cv-01412-JO-AHG _____     Date Issued: _____ 8/21/25 _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __US Immigration and Customs Enforcement__

was received by me on *(date)* ___8/25/25_____ .

I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

Other *(specify)*:    per Rule 4(1) USPS fully paid, certified mail, returned receipt requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __8/25/2025__            _____
                                               *Server's Signature*

                                               **Robert Lewis, Assistant**
                                               _____
                                               *Printed name and title*

                                               **405 Via del Norte, Ste B3, La Jolla CA 92037**
                                               _____
                                               *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

*Plaintiff*

v.

See Attachment

*Defendant*

Civil Action No. 25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **KRISTI NOEM**
> **Secretary of the U.S.**
> **Department of Homeland Security**
> **2707 Martin Luther King Jr Ave SE**
> **Washington, DC 20528-0485**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 8/21/25 _____

John Morrill
*CLERK OF COURT*

S/ _____ R. Contreras _____
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG          Date Issued: _____ 8/21/25 _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ Kristi Noem _____

was received by me on *(date)* **8/25/25** _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):*    per Rule 4(l) USPS fully paid, certified mail, returned receipt requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _8/25/2025_          _____
                                                  *Server's Signature*

                                      **Robert Lewis, Assistant**
                                      _____
                                      *Printed name and title*

                                      **405 Via del Norte, Ste B3, La Jolla CA 92037**
                                      _____
                                      *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 25-cv-01412-JO-AHG

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

                                                        *Plaintiff*

**v.**                                                                    Civil Action No.  25-cv-01412-JO-AHG

See Attachment

                                                        *Defendant*

### SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

      **PAMELA BONDI**
      **Attorney General of the United States**
      **U.S. Department of Justice**
      **950 Pennsylvania Avenue, NW**
      **Washington, DC 20530-0001**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____8/21/25_____

John Morrill
*CLERK OF COURT*
S/ _____
              R. Contreras
      *Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG          Date Issued:          8/21/25

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Pamela Bondi

was received by me on *(date)*  8/25/25 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:    per Rule 4(l) USPS fully paid, certified mail, returned receipt requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  8/25/2025

*Server's signature*

Robert Lewis, Assistant

*Printed name and title*

405 Via del Norte, Ste B3, La Jolla CA 92037

*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action                                                                                    (Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

*Plaintiff*

**V.**

See Attachment

*Defendant*

Civil Action No. 25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **GREGORY J. ARCHAMBEAULT,**
> **Director of U.S. Immigration and**
> **Custom Enforcement and Removal**
> **Operations (ERO) San Diego**
> **880 Front Street**
> **San Diego CA 92101**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 8/21/25 _____



John Morrill
*CLERK OF COURT*
S/          R. Contreras
_____
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                              (Page 2)

---

Civil Action No. 25-cv-01412-JO-AHG                    Date Issued:    8/21/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ___Gregory J. Aschenbault___

was received by me on *(date)* ___8/25/2025___.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: ___8/25/2025___                            _____
                                                          *Server's Signature*

                                                 ___Robert Lewy Assistant___
                                                          *Printed name and title*

                                                 ___405 Via del Norte Ste B3, La Jolla CA 92037___
                                                          *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE
IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 25-cv-01412-JO-AHG

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

|  |  |
|---|---|
| *Plaintiff* | Civil Action No. 25-cv-01412-JO-AHG |
| **V.** | |
| See Attachment | |
| *Defendant* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**U.S. DEPARTMENT OF JUSTICE**
**Executive Office of Immigration Review**
**MS 0485**
**2707 Martin Luther King Jr Ave SE**
**Washington, DC 20528-0525**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    8/21/25

John Morrill
*CLERK OF COURT*
S/
    R. Contreras
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                              (Page 2)

**Civil Action No.** 25-cv-01412-JO-AHG                    Date Issued: _____ 8/21/25 _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ___ US Department of Justice ___

was received by me on *(date)* ___ 8/25/25 ___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*    **per Rule 4(i)(1) US post office returned receipt requested**


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___ 8/25/2025 ___                    _____
                                                            *Server's Signature*

                                                            ___ Robert Lewis, Assistant ___
                                                            *Printed name and title*

                                                            ___ 405 Via Del Norte Ste B3 La Jolla CA 92037 ___
                                                            *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 25-cv-01412-JO-AHG

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| A.M., on behalf of himself and others similarly situated | |
|---|---|
| *Plaintiff* | Civil Action No. 25-cv-01412-JO-AHG |
| **V.** | |
| See Attachment | |
| *Defendant* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SIDNEY AKI**
**Director of Field Operations, San Diego Field Office**
**U.S. Customs and Border Protection**
**720 East San Ysidro Blvd**
**San Diego, CA 92173**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: ___8/21/25___

John Morrill
*CLERK OF COURT*
S/                     R. Contreras
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                                    (Page 2)

Civil Action No. _25-cv-01412-JO-AHG_                          Date Issued: _____8/21/25_____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* __Sidney Aki_____

was received by me on *(date)* ____8/25/25_____.

I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

I returned the summons unexecuted because _____; or

Other *(specify):*   per Rule 4(I) USPS fully paid, certified mail, returned receipt requested


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __*8/25/2025*__                          _____
                                                        *Server's Signature*

                                               **Robert Lewis, Assistant**
                                               _____
                                                        *Printed name and title*

                                               **405 Via del Norte, Ste B3, La Jolla CA 92037**
                                               _____
                                                        *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., on behalf of himself and others similarly situated | |
| | Civil Action No. 25-cv-01412-JO-AHG |
| *Plaintiff* | |
| **V.** | |
| See Attachment | |
| | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**TODD LYONS**
**Acting Director of**
**U.S. Immigration and Customs Enforcement,**
**500 12th St SW**
**Washington, DC 20536**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____8/21/25_____

John Morrill
*CLERK OF COURT*
S/ _____R. Contreras_____
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG                    Date Issued:    8/21/25

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

This summons for (name of individual and title, if any) ___Tom Lyons___

was received by me on (date) ___8/25/2025___.

    ☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____; or

    ☐ I left the summons at the individual's residence or place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on (name of the individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: ___8/25/2025___        _____
                                      Server's Signature

                                ___Robert Lewis, Assistant___
                                    Printed name and title

                              ___405 Via del Norte, Ste B3, La Jolla, CA 92037___
                                    Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

                                              *Plaintiff*

                    **V.**

See Attachment

                                              *Defendant*

Civil Action No. 25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      **JASON AGUILAR**
      **Chief Counsel for Immigration and Customs Enforcement - San Diego**
      **880 Front Street, 2246**
      **San Diego CA 92101**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:      8/21/25

John Morrill
*CLERK OF COURT*
S/
           R. Contreras
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Page 2)

Civil Action No. 25-cv-01412-JO-AHG            Date Issued: _____ 8/21/25 _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ Jason Aguilar _____

was received by me on *(date)* _____ 8/25/25 _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    per Rule 4(l) USPS fully paid, certified mail, returned receipt requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _8/25/2025_                    _____
                                        *Server's Signature*

                                        **Robert Lewis, Assistant**
                                        _____
                                        *Printed name and title*

                                        **405 Via del Norte, Ste B3, La Jolla CA 92037**
                                        _____
                                        *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.** 25-cv-01412-JO-AHG

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20



AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

A.M., on behalf of himself and others similarly situated

                                                    *Plaintiff*

                        **V.**

See Attachment

                                                    *Defendant*

Civil Action No.  25-cv-01412-JO-AHG

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

> **CORE CIVIC, INC.**
> **CT Corporation System**
> **800 S. Gay Street, Stuie 2021**
> **Knoxville TN 37929-9710**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emily Howe
Law Offices of Emily E Howe
405 Via del Norte, Suite B
La Jolla, CA 92037
619-800-6605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____8/21/25_____

John Morrill
*CLERK OF COURT*
S/ _____ R. Contreras _____
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action                                                                                      (Page 2)

**Civil Action No.** 25-cv-01412-JO-AHG                              Date Issued: _____8/21/25_____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* ___Core Civic, Inc.___

was received by me on *(date)* ___8/25/2025___.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: ___8/25/2025___                    _____
                                                          *Server's Signature*

                                                          ___Robert Levy  Assistant___
                                                          *Printed name and title*

                                                          ___405 Via Del Norte St 83, La Jolla CA 92037___
                                                          *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S.
MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR
ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL
JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY
VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL
PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED
BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN
ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

Civil Action No. <u>25-cv-01412-JO-AHG</u>

Respondents:

U.S. Immigration and Customs Enforcement; Executive Office of Immigration Review (EOIR); Christopher Larose, Warden of Otay Mesa Detention Center; Pamela Bondi, Attorney General of the United States, in her official capacity; Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; Jason Aguilar, Chief Counsel for Immigration and Customs Enforcement San Diego; Sidney Aki, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; Gregory J. Archambeault, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO) San Diego; Otay Mesa Detention Center/Core Civic, Inc.; Does 1 through 20

