1  Emily E. Howe, State Bar No. 293964
2  LAW OFFICES OF EMILY E. HOWE
3  405 Via del Norte, Ste B
   La Jolla CA 92037
4  Telephone: (619) 800-6605
   Email: emh@howelaws.com
5

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. ) | Case No.: 25CV1412 JO AHG |
| ) | |
| Plaintiff(s), ) | |
| vs. ) | |
| ) | **APPLICATION** |
| U.S. IMMIGRATION AND CUSTOMS ) | **TO PROCEED IN** *FORMA* |
| ENFORCEMENT; EXECUTIVE ) | ***PAUPERIS*** |
| OFFICE OF IMMIGRATION REVIEW; ) | |
| CHRISTOPHER LAROSE, warden of ) | |
| Otay Mesa Detention Center; PAMELA ) | |
| BONDI, Attorney General of the United ) | Judge: Hon. Jinsook Ohta |
| States, in her official capacity, KRISTI ) | Courtroom: 4C |
| NOEM, Secretary of the U.S. ) | |
| Department of Homeland Security, in her ) | |
| official capacity; U.S. DEPARTMENT ) | |
| OF HOMELAND SECURITY, TODD ) | |
| LYONS, Acting Director of U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| in his official capacity; JASON ) | |
| AGUILAR, Chief Counsel for ) | |
| Immigration and Customs Enforcement ) | |
| San Diego, SIDNEY AKI, Director of ) | |
| Field Operations, San Diego Field Office ) | |
| U.S. Customs and Border Protection, ) | |
| GREGORY J. ARCHAMBEAULT, ) | |
| Director of U.S. Immigration and ) | |
| Custom Enforcement and Removal ) | |
| Operations (ERO), San Diego, OTAY ) | |
| MESA DETENTION CENTER/CORE | |
| CIVIC, INC. DOES 1 through 20, | |
| Defendant(s). | |

1
APPLICATION TO PROCEED IN FORMA PAUPERIS

TO THE COURT, CLERK, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE Petitioner-Plaintiff A.M., by and through the undersigned counsel, hereby applies to proceed *in forma pauperis* pursuant to 28 U.S.C §1915 and requests this Court to accept any court costs or fees waived.

This request is supported by the accompanying Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239) demonstrating Petitioner's inability to pay the court fees because of indigence.

Here, the financial affidavit establishes Petitioner's inability to pay and struggles with accessing life's basic necessities. Petitioner has been faced with restarting his asylum case and high costs for service of process, rush translations, interpreters, immense time, medical fees. Petitioner has no income or significant assets and is not able to work because the clock on his eligibility for work authorization has been reset.

WHEREFORE, Petitioner respectfully request that the Court approve the petition and request for relief to proceed with any on-going court costs or fees waived henceforth.

                                                Respectfully submitted,

DATED: August 25, 2025           LAW OFFICES OF EMILY E. HOWE

                                          *By /s/* Emily Howe
                                          Emily Howe
                                          Attorney for Petitioner