Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.,<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; CHRISTOPHER LAROSE, warden of Otay Mesa Detention Center; PAMELA BONDI, Attorney General of the United States, in her official capacity, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego, SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection, GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO), San Diego, OTAY MESA DETENTION CENTER/CORE CIVIC, INC. DOES 1 through 20,<br><br>Defendant(s). | Case No.: 25CV1412 JO AHG<br><br>**NOTICE OF ERRATA OR IN THE ALTERNATIVE, MOTION TO SUPPLEMENT EXHIBITS**<br>**[ECF. No. 88]**<br><br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C |

1   TO THE COURT, CLERK, ALL PARTIES AND COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE Petitioner-Plaintiff A.M., by and through the undersigned counsel, respectfully submits this Notice of Errata or in the alternative, moves to supplement Exhibits in the Petition and Request for Injunctive or Declaratory Relief (ECF No. [88]). Petitioner seeks to provide the referenced documents and incorporate by reference past exhibits filed in the record.

    Due to an inadvertent omission, Petitioner hereby submits the (i) redlined petition, and (ii) attached Exhibits which were referenced in the Petition but not directly attached. This correction does not introduce any new claims or legal arguments and merely provides the identified supporting evidence.

    Plaintiff's Amended Petition is based on this Notice of Motion and Motion; the Memorandum in Support of Plaintiffs' Motion and all exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other arguments or evidence as may be presented. The statements are made in good faith to increase clarity and not to cause confusion or delay.

                                                Respectfully submitted,

DATED: August 26, 2025                LAW OFFICES OF EMILY E. HOWE

                                                *By /s/*  Emily Howe
                                                Emily Howe
                                                Attorney for Petitioner