Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste B
La Jolla CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. | )<br>) Case No.: 25CV1412 JO AHG |
| Plaintiff(s), | ) |
| vs. | ) |
| | ) |
| U.S. IMMIGRATION AND CUSTOMS | ) |
| ENFORCEMENT; EXECUTIVE | ) |
| OFFICE OF IMMIGRATION REVIEW; | ) **TABLE OF EXHIBITS** |
| CHRISTOPHER LAROSE, warden of | ) |
| Otay Mesa Detention Center; PAMELA | ) |
| BONDI, Attorney General of the United | ) Judge: Hon. Jinsook Ohta |
| States, in her official capacity, KRISTI | ) Courtroom: 4C |
| NOEM, Secretary of the U.S. | ) |
| Department of Homeland Security, in her | ) |
| official capacity; U.S. DEPARTMENT | ) |
| OF HOMELAND SECURITY, TODD | ) |
| LYONS, Acting Director of U.S. | ) |
| Immigration and Customs Enforcement, | ) |
| in his official capacity; JASON | ) |
| AGUILAR, Chief Counsel for | ) |
| Immigration and Customs Enforcement | ) |
| San Diego, SIDNEY AKI, Director of | ) |
| Field Operations, San Diego Field Office | ) |
| U.S. Customs and Border Protection, | ) |
| GREGORY J. ARCHAMBEAULT, | ) |
| Director of U.S. Immigration and | ) |
| Custom Enforcement and Removal | ) |
| Operations (ERO), San Diego, OTAY | ) |
| MESA DETENTION CENTER/CORE | |
| CIVIC, INC. DOES 1 through 20, | |
| Defendant(s). | |

| Exhibit | Description | Date(s) |
|---|---|---|
| Exhibit A | Notice(s) to Appear | 1/24/24; 7/21/25; 7/30/25 |
| Exhibit B | Employment Authorization Document (EAD) | 6/03/25 (Permanently stopped) |
| Exhibit C | Memorandum to Immigration Judges | 5/30/25 |
| Exhibit D | Declined to Sign / Dismissal | 6/03/35 |
| Exhibit E | Asylum Clock Documentation | 8/01/25 (Restarting at zero) |
| Exhibit F | Photos of Detainment | 6/03/25 |
| Exhibit G | Doctors' Note – Survivors of Torture | 8/19/25; 8/25/25 pending signature |

Declaration of A.M.

Respectfully submitted,

DATED: August 26, 2025

LAW OFFICES OF EMILY E. HOWE

*By /s/* Emily Howe

Emily Howe
Attorney for Petitioner

# EXHIBIT A.

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: XXXXXXX    FINS XXXXXXX

DOB: XXXXXXX    File No. XXXXXXX

In the Matter of:    Event No: IMB2401000227

Respondent.    XXXXXXXXXXX    currently residing at:

XXXXXXXXXXXXXXXXXXXX    XXXXXXXXX

(Number, street, city, state and ZIP code)    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of MOROCCO and a citizen of MOROCCO ;
3. You arrived in the United States at or near SAN YSIDRO,  CA , on or about January 29, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer;

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

26 FEDERAL PLZ, 12TH FL RM1237 NEW YORK NY 10278

(Complete Address of Immigration Court, including Room Number, if any)

on  January 15, 2025  at   08:00 AM   to show why you should not be removed from the United States based on the charge(s) set forth above.

(Date)    (Time)

                                                   DIGIALLY SIGNED
                                                   Date: 2024.01.30 07:00:00 09:00

(Signature and Title of Issuing Officer)

Date:  January 30, 2024

                                                   San Diego, California
                                                   (City and State)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object on proper legal grounds to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised on this notice, or by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. Form I-589 instructions, and information on where to file the Form can be found at www.uscis.gov/I-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the Immigration Judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (800) 448-8203.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complies with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before:

(Signature of Respondent)

(Signature and Title of Immigration Officer)                                Date

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on ____January 30, 2024____ , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person   ☐ by certified mail returned receipt # _____ requested   ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ARABIC_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

(Signature of Respondent if Personally Served)

JASON L. DIENG
IMMIGRATION Border Patrol
Date: 1/30/11, 9:00:00 AM 00:00
Agent

(Signature and Title of officer)

Uploaded on: 03/16/2024 at 07:10:14 AM (Eastern Daylight Time) Base City: NYC

## Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

🇺🇸 An official website of the United States government | Here's how you know ▾

 **EOIR** | Automated Case Information

---

**Court Closures Today**  July 20, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  ████████████████████



# Automated Case Information

**Name:** ███████████████  **A–Number** ████████████

## Docket Date: 6/17/2025

 **Next Hearing Information**

Your upcoming **MASTER** hearing is **IN PERSON** on **July 21, 2025** at **8:30 AM**.

**JUDGE**



**COURT ADDRESS**

 **Court Decision and Motion Information**



*This case is pending*

Uploaded on: 06/16/2025 at 08:20:28 AM (Pacific Daylight Time) Base City: OTM

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: ✕

In the Matter of:

Respondent: ✕                                                                    currently residing at:

OTAY MESA DETENTION CENTER, 7488 CALZADA DE LA FUENTE, SAN DIEGO CA, 92154
(Number, street, city, state and ZIP code)                          (Area code and phone number)

☐ You are an arriving alien.

☐ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Morocco and a citizen of MOROCCO;
3. You entered the United States at an unknown location on or about 2024-01-29;
4. You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Section 212(a)(6)(A)(i) of the Act, as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:        ☐ 8CFR 208.30        ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

7488 CALZADA DE LA FUENTE, SAN DIEGO, CA, 92154
(Complete Address of Immigration Court, including Room Number, if any)

on   JULY 30, 2025   at   8:00 AM              to show why you should not be removed from the United States based on the
        (Date)              (Time)

charge(s) set forth above.                                    ⎯⎯⎯⎯⎯⎯ Supervisory Asylum Officer
                                                          (Signature and Title of Issuing Officer)

Date:   6/16/2025                                            San Diego, CA
                                                            (City and State)

EOIR – 1 of 35

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.
**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/I-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is                                    **ARABIC**

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____                _____
                                                                        *(Signature of Respondent)*

                                                                        Date: _____

_____
*(Signature and Title of Immigration Officer)*

## Certificate of Service

This Notice To Appear was served on the respondent by me on ___06-11-25___ , in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person    [ ] by certified mail, returned receipt # _____ requested    [ ] by regular mail
[X] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ___ENGLISH___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____                  *EDUARDO CCJADO*
*(Signature of Respondent if Personally Served)*              *(Signature and Title of Officer)*

**Privacy Act Statement**

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT B.

**Removal**

|  |  |  |  |
|---|---|---|---|
| **A-Number:** | ~~████████~~ | **NTA Date:** | 01/30/2024 |
| **Name:** | ~~████████~~ | **As of:** | 07/31/2025 |
| **EAD Clock permanently stopped:** | 132 Days Elapsed | **Asylum Type:** | Defensive |
| **Init Asylum Rec'd Date:** | 07/23/2024 | **Asylum Decision:** | NOT ADJUDICAT |
| **IJ Decision Date:** | 06/03/2025 | | |
| **Date Appeal Filed:** | | | |
| **DHS Days At Referral:** | | | |
| **DHS Status At Referral:** | No Clock | | |

**Event Dates & Decisions/Adjournments**

| Events | Date | Base City | Decision/Adjournment | Clock Action | Elapsed Days |
|---|---|---|---|---|---|
| Proceeding Completion | 06/03/2025 | SND | Dismissed by IJ | Permanent Stop | 0 |
| Hearing | 06/03/2025 | SND | 8B - IJ COMPLETION AT HEARING | Stop | 118 |
| Hearing | 02/05/2025 | SND | 17 - MC to IC – merits hearing | Run | 0 |

**EXHIBIT C.**

It has been reported in the news that EOIR leadership sent an email giving guidance to Assistant Chief Immigration Judges (ACIJs) on adjudications. The email was sent on Friday, May 30, 2025. Printed below is the full text of the EOIR email sent to ACIJs:

"Subject: Guidance on Case Adjudication

ACIJs –

During the past few months, EOIR has experienced significant changes in its caseload. EOIR's detained caseload has greatly increased in the past few months, and to meet the demands of the increasing workload on the detained dockets, we have re-emphasized goals for detained dockets and reallocated judges from non-detained dockets to detained dockets. There have been several developments with non-detained cases in the past few weeks. DHS is carrying out enforcement actions in or near EOIR space. Further, DHS attorneys have moved to dismiss cases that are currently pending in court. Given the recent developments the following guidance is provided to ensure the expeditious adjudication of cases:

1. Cases should not be reset for Oral Decision. Oral Decisions must be completed within the same hearing slot on the day testimony and arguments are concluded. If a case is continued after testimony and arguments are concluded without issuance of an oral decision, then a written decision must be issued.

2. DHS Motions to Dismiss may be made orally and decided from the bench. No additional documentation or briefing is required.

   The following information regarding DHS Motions to Dismiss may be generally helpful.

   The Motions to Dismiss is regulatory based upon INA 239.2(a)(6)[*NTA improvidently issued*] or INA 239.2(a)(7) [*circumstances have changed to such an extent that continuation is no longer in the best interest of the government*]. Generally, if DHS has met the regulatory burden, the oral motion to dismiss may be granted. A 10-day response period is not required.

   Respondents who were not continuously present for 2 years before inadmissibility was determined by an immigration officer under 212(a)(6) or 212(a)(7) of the INA may be placed in Expedited Removal (ER) Proceedings under INA 235.3 at the discretion of the AG. Expedited Removal Orders (ERO) carry a 5y bar to re-entry to the US.

   Respondents in the expedited removal proceedings are subject to mandatory detention. Fear claims are reviewed by USCIS via credible fear interviews. Negative credible fear findings are subject to Credible Fear Review before the court. If the negative credible fear determinations are affirmed by the court, Respondents are subject to the expedited removal order of the immigration officer. If negative credible fear determinations are vacated by the court, Respondents are placed in 240 Proceedings. Reasonable Fear Determinations, Reasonable Fear Review and Withholding Only Proceedings involve aliens subject to expedited removal under section 238(b) (*aggravated felons*) and aliens subject to reinstatement of prior order of removal under 241 (a)(5) who have a reasonable fear of persecution and torture.

3. DHS Enforcement actions at or near EOIR facilities: Please ensure that you, the Judges under your supervision, and your administrative staff are familiar with Policy Memo 25-06, which is found here. If you encounter any unusual circumstances with an enforcement action, please reach out to your RDCIJ to discuss. Please ensure your judges are aware of the above guidance. If you have any questions, please contact your supervisor to discuss."

# EXHIBIT D.

🇺🇸 An official website of the United States government  Here's how you know ⌄

 **EOIR** | Automated Case Information

---

**Court Closures Today**  June 10, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home >



# Automated Case Information

**Name:** ▮▮▮▮▮▮    ▮▮▮▮▮▮

### Docket Date: 3/22/2024



📅 **Next Hearing Information**



*There are no future hearings for this case*

⚖️ **Court Decision and Motion Information**

The immigration judge ordered **DISMISSAL**.

**DECISION DATE**
June 3, 2025

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE AND ORDER OF EXPEDITED REMOVAL
DETERMINATION OF INADMISSIBILITY

Event No: SND2506000157

File No: ▮▮▮▮▮▮▮▮

Date: June 3, 2025

In the Matter of: ▮▮▮▮▮▮▮▮

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☐ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☒ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;

2. You are a native of MOROCCO and a citizen of MOROCCO;

3. You are a nonimmigrant not in possession of a valid nonimmigrant visa or border crossing identification card.

4. ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW: =================================================================================
212(a)(7)(B)(i)(II) of the Immigration and Nationality Act, as amended, as a See I-831

LEONARD JOHNSON
SDDO
Name and title of immigration officer (Print)    Signature of immigration officer (Sign in ink)

## ORDER OF REMOVAL
UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Name and title of immigration officer (Print)    Signature of immigration officer (Sign in ink)

Name and title of supervisor (Print)    Signature of supervisor, if available (Sign in ink)

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 06/03/25 .
(Date)

Signature of immigration officer (Sign in ink)

Refuse to Sign - JTM
Signature of alien (Sign in ink)

06/03/25
(Date)

ICE Form I-860 (5/11)                                                    Page 1 of 1

**EXHIBIT E.**

< Back to Cases



## Court Information

| | |
|---|---|
| **Case Type:** | Removal |
| **Charging Doc. Date:** | 01/30/2024 |
| **Alien Name:** | ▬▬▬▬ |
| **Hearing Location:** | — NA — |
| **Next Case Hearing:** | — NA — |
| **Hearing Medium:** | — NA — |

| | |
|---|---|
| **Immigration Court:** | 880 FRONT STREET, SUITE 4240 SAN DIEGO, CA 92101 |
| **IJ Decision Date:** | 06/03/2025 |
| **IJ Decision:** | The Immigration Judge ordered dismissal |

## Court Actions



**A-Number:** ▬▬▬▬

Select a case to view details and file documents

| | | |
|---|---|---|
| Removal | Charging Doc. Date: **06/16/2025** | Case Pending |
| Removal | Charging Doc. Date: **01/30/2024** | Case Completed |

*End of list. Please file a Form EOIR-27 or EOIR-28 using "Appearances" link in the header to view additional cases.*

# EXHIBIT F.











# EXHIBIT G.



## SURVIVORS
*A Community of Healing*

**SURVIVORS OF TORTURE, INTERNATIONAL**

_____

PO BOX 371104
San Diego, CA 92137

Phone: (619) 278-2400
Direct Line: (619) 278-2407
Fax: (619) 294-9429

survivors@notorture.org
www.notorture.org

Etleva Bejko, MA
*Executive Director*

Jean Greaves, Ph.D.
*Chairperson*

Elizabeth A. Lopez, SSS, Atty at Law
*Vice Chair*

Loren Tarmo, CPA
*Chief Financial Officer*

Bridget de la Garza ,MA
*Secretary*

Paula Herring, EdD, MBA
*Board Member*

Michael J. McKay, S.T.D.
*Board Member*

Mojgan Khademi, PsyD
*Board Member*

Marcia H. Yafuso Loeffelholz, Esq.
*Board Member*

Queta Rodriguez Bauer
*Board Member*

Dimple Shah, MBA
*Board Member*

Astrid Falkenberg
*Board Member*

Joel Craddock
*Board Member*



Re: 

To Whom It May Concern:

At the request of immigration attorneys, Survivors of Torture, International (SURVIVORS) regularly conducts forensic medical and psychological evaluations of torture survivors.

Attorney Emily Howe and SURVIVORS have a mutual client

SURVIVORS has recently experienced a high volume of referrals, and our licensed health professionals are working to conduct quality services in as timely as possible for all survivors of torture requesting our services.

The forensic evaluation of  was held on Tuesday August 19, 2025.

For our evaluators to have adequate time to conduct quality evaluations for your client, we ask that you request an extension of the current filing deadline. The reports for the psychological and medical evaluation for ▒▒▒▒ are expected to be completed by September 15, 2025.

Thank you for your consideration and patience in providing time for the evaluation to be conducted, completed, and filed with the court.

Please call with any questions.

Sincerely,

Katrina Pimental, MSW
Director of Client Care
(619) 278-2400