I, A.M., declare under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am the Petitioner-Plaintiff in this action. I was detained at the downtown courtroom door of the Edward J. Schwartz Federal Building and sent to Otay Mesa Detention facility on what had been scheduled for my asylum hearing on June 3, 2025.

2. I understand that the Court has requested additional information about the irreparable harms I have suffered—and continue to suffer—as a result of the government's actions against me. These harms are wide-ranging: they include dignitary and reputational harm, personal and familial hardship, including constant fear for my personal safety and health, detention, restrictions on my freedoms, and damage to my ability to work.

3. Some of the facts in this declaration are stated in my petition and complaint. I include them here again for clarity and to assist the Court in reviewing my account directly in my own words. I also welcome the opportunity to testify in person, at the courthouse as to my experiences described here. (I speak a Mauritanian or Algerian type dialect of Arabic and seek a court to accept a translator that speaks and understands my dialect.)

4. I am 34 years old. I am a Sahrawi native born in the occupied territory of Laayoune. My place of birth and country's Western Sahara, an occupied nation. Sahrawis are persecuted for our race-ethnicity. Western Sahara has been on the United Nations list of Non-Self-Governing Territories since 1963 following the information on Spanish Sahara under Article 73e of the Charter of the United Nations.

5. I fled for my life. I serve as a human rights defender of the rule of law, for the end of the killing, torture, and false imprisonment, of innocent people.

6. I entered the United States to seek asylum and was released without bond

7. I prepared my asylum case and had a trial scheduled.

8. I heard about arrests at the downtown courthouse and asked to clarify that the witnesses could testify via video conference or telephone, not in person. I was nervous but I wanted to present my case in a fair hearing.

9. I was not allowed to speak about my case. The judge allowed the government to "dismiss" my cause in response to their statement that "the change in circumstance" was a policy that it was quicker to deport me that way. I did not understand how this related to my suffering and asylum case. My attorney protested due to ICE agents waiting to detain court attendees and saved the right to appeal. The judge was delaying and said my attorney and I had to wait to leave the courtroom. It seemed obvious that he was buying time to make sure that the ICE agents could come and get me.

10. There were five or six men who cornered me as soon as I stepped out of the courtroom and immediately started to handcuff me. They did not tell me why they were stopping me. I did not understand what was happening or why I was receiving this treatment.

11. I was surprised by the outer corridor filled with immigration police in civilian clothes, covering their faces. I was held by the shoulder, one in front of me, and another behind me.

12. My attorney and I were separated during the afternoon. Eventually, they let me see her behind a glass barrier, but you could not hear on the telephone, and there was not an interpreter.

13. They told me that they planned to immediately remove me from the country. They took me to another floor via elevator and stripped me of everything. It was humiliating treatment, looks and grabs. They told me to take everything off, shoes, pants, ties, phone, everything. I asked to call my mother because she knew I had a court date, but they refused. They took me to a room with

iron chairs. Two investigators came and told me that I had to sign paperwork without my attorney or a translator.

14. I told them I wanted to have my lawyer with me. They brought me a paper with two free lawyers, and they told me to sign the paper and choose any lawyer from there. I refused. I told them I have had a lawyer since the beginning of my case, and she is my legal representative, and I will not sign until she comes.

15. I told him I need insulin because I have diabetes, and I have to take it because I feel numbness in my legs which indicates that my blood sugar level is high. He told me there is no insulin here, sit where you are without talking. I remained confused there, feeling very exhausted until about 10 pm. They brought me handcuffs and opened the room on me in a terrifying scene. They asked me to stand and turn around to face the wall and put handcuffs on my legs, an iron chain on my stomach, and handcuffs on my hands. I was very scared. I see these scenes in dangerous movies. Two of them took me in uniform, each one of them holding me by the shoulder.

16. I cried that night because of this shameful treatment that happened to me. I never imagined that this would happen to me here in America. All those things that I came running from would happen to me there and I would find them here. I was in a detention room, in the reception that whole night until morning without my medication and in a state of confusion.

17. The next morning, an officer came to me there, took me out of the room, took me to his office, took my information, took my picture and fingerprints, took my money and the bag with my phone in it and all the things I had with me and ordered me to wear the detention clothes. I followed his orders verbatim and then I knew that I was in prison through the prisoners who were passing by me and the looks of the officers there and their hurtful

words. I knew that my freedom was taken away from me and I could barely stand because I did not take insulin and have a severe form of Diabetes from the previous torture and trauma in Morocco.

18. A nurse came eventually and was surprised I was still standing due to my blood sugar level being nearly 500.

19. They put me in a ward called Lima. It is a small cell with two beds with no privacy and the toilet next to you, with everyone able to see.

20. Later, they took me to another ward called November. I went there, a ward with about 14 rooms, each room has 8 beds, and there are about 200 inmates sleeping on the floor. Each room has about 10 to 14 inmates. There was a terrible stench of body odor, excrement, and decay.

21. I saw others who have been in there for six or eight months without court and have no idea what happened to their case.

22. They came to the cells, some at 3 a.m. The government would wake up detainees and whisk them away to go overseas. Other detainees told me that there were youth who were transferred to Mississippi, Arizona, or transferred out of town.

23. There were not enough beds and people were told to sleep on the floor.

24. I asked for my attorney; instead, they told me I had to sign away my rights.

25. I believe that the government had my attorneys' information because we were stopped at the courtroom and it was provided on different documents. After many days, the prison guards told me that my counsel was trying to contact me, but they didn't write down her number correctly. I learned that they would not schedule an appointment with her until after my interrogation, court hearings, or being told to sign away my rights. One of the inmates told me I could file a complaint on a tablet, which I did, and the

response was that my case was no longer with them. I remained confused with my illness that had worsened. I wasn't able to speak with my lawyer.

26. I had a diabetic episode at near coma level, exceeding 500 mg/dL. I was afraid that I would suffer from kidney failure or have my leg amputated because when your sugar level is high, you are inevitably at risk of one of these things. The place is dirty and exposed to germs.

27. I was given a different insulin where my blood level got to a level that can reach a coma. A doctor brought sweets and stood over my head until I ate them all. She asked if I felt anything. I told her my eyes were foggy. My ears also swelled up. The next day they took me to a prison doctor, but they did not provide me anything. Later, they gave me some ear drops. My ears are still swollen.

28. Instead of treating me, the prison guards told me I had to get up and be interrogated. I had an asylum interview on a Sunday morning. I asked for my attorney, and they said that attorneys don't work over the weekend. I understand that they were not supposed to interrogate me without my attorney, but they did so anyway. They interrogated me for about three hours about the situation in my country, what I have suffered, and what my people suffer from oppression, media blackout, mistreatment, displacement, killing, and racism. I held out hope that she would listen to my suffering and what I experienced, from injustice and torture, and I do not want to experience it again, especially here in the country of rights, law, and freedoms.

29. I learned bad and hurtful words in English, because the guards would call us things like "B*tch".

30. I was psychologically exhausted.

31. I gave up and thought I was dead. I said I needed to return in a box instead of being sent to the Moroccan occupations who would imprison, injure, torture, and beat me to death.

32. I have heard that a petition for release takes many hours and U.S. law firms charge in the hundreds of dollars per hour; rush translation or interpretation costs hundreds of dollars, amounting to tens of thousands of dollars for the release of an average person, if they're even able to access an attorney.

33. As someone who fled harm, torture, and death from Morocco, for my political beliefs, my social identity, and my race-ethnicity, I never imagined myself to be in detention here in the United States, —a country that proclaims democracy, rule of law, access to the courts -- without being able to speak to my attorney, shackled in chains, without knowing the length of detention, or if I am being sent back to my executioners.

34. This is a shocking and horrifying experience. It was treatment that was not appropriate for any human being, even if he was a criminal. They told me I had to fingerprint a document, and they forced me to wear an ankle bracelet. They acted like criminals or the mafia who could get away with doing anything to peoples' lives.

35. I am a law-abiding person. I reported to all my court dates. I have not been accused or convicted of any crimes. I was beaten and tortured in my native land and fled for freedoms as a human rights advocate. I never imagined being detained by masked men at a courtroom, being separated from my attorney, imprisoned indefinitely, and told to sign away my rights, the very things I was fleeing from, in the United States of America.

I declare under penalty of perjury this is true and correct to the best of my knowledge.

DATED: 6/24/2025                                            A.M.

1 | I, Yazid Babouche, declare that I am fluent in English and Arabic, and I am competent to interpret
2 | and/or translate between these languages.
3 | I further declare under penalty of perjury under the laws of the United States of America that I
4 | have accurately and completely interpreted the attached statement of the declarant from Arabic
5 | to English to Arabic to the best of my best ability.
6 | 06 / 24 / 2025

Yazid Babouche