1

2                    **CERTIFICATE OF SERVICE**

3

4        I hereby certify that on August 26, 2025, I electronically filed the foregoing

5    Notice and Motion in Support of Amended Petition and Declaratory Relief of

6    Exhibits, Redlined Complaint, and Request for Fee Waiver, with the Clerk for the

7    United States District Court for the Southern District of California by using the

8    appellate CM/ECF system.  A true and correct copy of this motion has been served

9    via the Court's CM/ECF system on all counsel of record.

10

11   DATED: August 26, 2025                    LAW OFFICES OF EMILY E. HOWE

12                                               *By /s/*  Emily Howe
                                                  Emily Howe
13                                               Attorney for Petitioner

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA OR MOTION TO SUPPLEMENT EXHIBITS [ECF. 88]