ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY, SBN 323359
LISA M. HEMANN, Arizona Bar No. 024703
SAMUEL W. BETTWY, SBN 94918
MARY CILE GLOVER-ROGERS, SBN 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987/6964/7215/7643
Fax: (619) 546-7751
Erin.Dimbleby@usdoj.gov
Lisa.Hemann@usdoj.gov
Samuel.Bettwy@usdoj.gov
Mary.Glover-Rogers@usdoj.gov
Attorneys for Defendants/Respondents

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Plaintiff-Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Defendant-Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**JOINT MOTION FOR AN ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

COME NOW THE PARTIES, Plaintiff-Petitioner A.M. (Plaintiff), by and through their counsel, Emily Howe, and Defendants Christopher Larose, et al., by and through their counsel, Adam Gordon, United States Attorney, and Erin Dimbleby, Lisa Hemann, Samuel W. Bettwy, and Mary Cile Glover-Rogers Assistant United States Attorneys, and hereby jointly move the Court for an order extending the time for Defendants to file a responsive pleading. Good cause exists for this joint request.

Plaintiff's hybrid Fourth Amended Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus Petitioner asserts eleven causes of action and claims for relief. *See* ECF No. 88. Defendants' responsive pleading deadline is September 19,

2025. *See* ECF No. 91. Since inception of this case, the parties have met and conferred on various allegations giving rise to Plaintiff's claims and relating to Defendants' anticipated motion to dismiss portions of Plaintiff's claims pursuant to Rule II.A. of Judge Ohta's Civil Chamber Rules. The parties are working towards a resolution on some of the allegations and/or causes of action raised in the Fourth Amended Complaint. To allow the parties to continue working towards resolution (and potentially avoid the need for motion practice on some or all of Plaintiff's claims), the parties agree that additional time before Defendants' filing of a response is warranted. Further, Plaintiff has a hearing in immigration court set for October 6, 2025, which may potentially resolve some of Plaintiff's claims. Without waiving Defendants' rights to defend the Fourth Amended Complaint's causes of action and allegations, including the right to file any Fed. R. Civ. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading to Plaintiff's Fourth Amended Complaint until **October 10, 2025**.

DATED: September 18, 2025         LAW OFFICES OF EMILY E. HOWE

                                  *s/ Emily E. Howe*
                                  EMILY E. HOWE
                                  Attorneys for Plaintiff

DATED: September 18, 2025         ADAM GORDON
                                  United States Attorney


                                  *s/ Mary Cile Glover-Rogers*
                                  ERIN M. DIMBLEBY
                                  LISA M. HEMANN
                                  SAMUEL W. BETTWY
                                  MARY CILE GLOVER-ROGERS
                                  Assistant U.S. Attorneys

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Emily E. Howe, counsel

for Plaintiff, and that I have obtained Ms. Howe's authorization to affix her electronic signature to this document.

DATED: September 18, 2025

*s/ Mary Cile Glover-Rogers*
MARY CILE GLOVER-ROGERS
Assistant United States Attorney
