ADAM GORDON
United States Attorney
ERIN M. DIMBLEBY, SBN 323359
LISA M. HEMANN, Arizona Bar No. 024703
SAMUEL W. BETTWY, SBN 94918
MARY CILE GLOVER-ROGERS, SBN 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6987/6964/7215/7643
Fax: (619) 546-7751
Erin.Dimbleby@usdoj.gov
Lisa.Hemann@usdoj.gov
Samuel.Bettwy@usdoj.gov
Mary.Glover-Rogers@usdoj.gov
Attorneys for Defendants/Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. on behalf of himself and others similarly situated,<br><br>Plaintiff-Petitioner(s),<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>Defendant-Respondents. | Case No.: 25-cv-1412-JO-AHG<br><br>**JOINT STATUS UPDATE AND MOTION FOR AN ORDER SETTING TIME FOR PLAINTIFF TO FILE AMENDED HYBRID COMPLAINT AND PETITION FOR HABEAS CORPUS RELIEF AND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

COME NOW THE PARTIES, Plaintiff-Petitioner A.M. (Plaintiff), by and through their counsel, Emily Howe, and Defendants Christopher Larose, et al., by and through their counsel, Adam Gordon, United States Attorney, and Erin Dimbleby, Lisa Hemann, Samuel W. Bettwy, and Mary Cile Glover-Rogers Assistant United States Attorneys, and hereby provide the following status update.

On October 15, 2025, the Court Administrator for the San Diego Immigration Court issued the attached letter regarding Plaintiff's Employment Authorization Document (EAD) clock. *See* Exhibit 1.

At this time, the parties request the Court lift stay entered on October 6, 2025. *See* ECF No. 103. Plaintiff requests leave to file a fifth amended complaint for declaratory and injunctive relief and petition for writ of habeas. Defendants do not object to Plaintiff's request.[1] The parties request that the Court enter a briefing schedule setting the time for Plaintiff to file a fifth amended complaint on or before November 7, 2025, and for Defendants to file a responsive pleading to Plaintiff's fifth amended complaint on or before December 8, 2025.

DATED: October 31, 2025

LAW OFFICES OF EMILY E. HOWE

*s/ Emily E. Howe*
EMILY E. HOWE
Attorneys for Plaintiff

DATED: October 31, 2025

ADAM GORDON
United States Attorney

*s/ Mary Cile Glover-Rogers*
ERIN M. DIMBLEBY
LISA M. HEMANN
SAMUEL W. BETTWY
MARY CILE GLOVER-ROGERS
Assistant U.S. Attorneys

---

[1] In making this joint motion, Defendants do not waive any of their available defenses and expressly reserve their right to file a motion to dismiss all of Plaintiff's claims for relief.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Emily E. Howe, counsel for Plaintiff, and that I have obtained Ms. Howe's authorization to affix her electronic signature to this document.

DATED:  October 31, 2025

*s/ Mary Cile Glover-Rogers*
MARY CILE GLOVER-ROGERS
Assistant United States Attorney