UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No.: 25-cv-1412-JO-AHG <br><br> **ORDER GRANTING IN PART PLAINTIFF'S FIFTH AMENDED COMPLAINT/HABEAS PETITION [DKT. 106]** |

Plaintiff A.M. filed a fifth amended complaint/petition for writ of habeas corpus. Dkt. 106. The Court held oral argument on February 5, 2026. For the reasons stated on the record, the Court ORDERS as follows:

1. The Court grants in part Plaintiff's fifth amended complaint/habeas petition [Dkt. 106] on the eleventh claim for relief brought under § 706(2) of the Administrative Procedure Act.

2. The Court declares that Executive Office for Immigration Review's ("EOIR") refusal to credit time previously accrued on the Employment Authorization Document ("EAD") clock for Plaintiff's complete asylum application filed on

1

October 15, 2024—based solely on its position that time from a separate proceeding cannot be credited to the current proceeding, and without consideration of the reasons set forth in the parties' September 17, 2025 joint motion to correct Plaintiff's asylum EAD clock—constitutes arbitrary and capricious agency action.

3. The Court vacates EOIR's October 15, 2025 decision refusing to credit time previously accrued on Plaintiff's complete asylum application filed on October 15, 2024 to the current EAD clock associated with his asylum application filed on August 1, 2025.

4. The Court remands this matter to EOIR for further proceedings consistent with this Order.  On remand, EOIR shall consider whether the government's decision to dismiss and subsequently restart removal proceedings, thereby requiring Plaintiff to refile his asylum application, warrants crediting time accrued on Plaintiff's previous EAD clock because these are actions attributable to the government, not Plaintiff.

5. Within seven (7) days of this Order, Defendants shall file a declaration stating the result of EOIR's further proceedings and its determination regarding Plaintiff's EAD clock correction request.

6. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 5, 2026

_____
Honorable Jinsook Ohta
United States District Judge