1  Emily E. Howe, State Bar No. 293964
2  LAW OFFICES OF EMILY E. HOWE
   405 Via del Norte, Ste B
3  La Jolla CA 92037
4  Telephone: (619) 800-6605
   Email: emh@howelaws.com
5
6              **UNITED STATES DISTRICT COURT**
               **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
7
8     A.M.                                ) Case No.: 25CV1412 JO AHG
                                           )
9                    Plaintiff(s),         )
      vs.                                  )
10                                         )
11 U.S. CUSTOMS AND IMMIGRATION            )
   ENFORCEMENT; EXECUTIVE                  ) **NOTICE AND MOTION FOR**
12 OFFICE OF IMMIGRATION REVIEW            ) **CLARIFICATION OF ORDER**
   CORE CIVIC; CHRISTOPHER                 ) **AND ENTRY OF JUDGEMENT**
13 LAROSE, warden of Otay Mesa             ) **UNDER RULE 58 AND**
14 Detention Center; PAMELA BONDI,         ) **RESERVATION OF RIGHTS**
   Attorney General of the United States, in) **(ECF NO. 128)**
15 her official capacity, KRISTI NOEM,     )
16 Secretary of the U.S. Department of     )
   Homeland Security, in her official      )
17 capacity; U.S. DEPARTMENT OF            ) Judge: Hon. Jinsook Ohta
18 HOMELAND SECURITY, TODD                 ) Courtroom: 4C
   LYONS, Acting Director of U.S.          )
19 Immigration and Customs Enforcement,    )
20 in his official capacity; JASON         )
   AGUILAR, Chief Counsel for              )
21 Immigration and Customs Enforcement     )
22 San Diego, SIDNEY AKI, Director of      )
   Field Operations, San Diego Field Office)
23 U.S. Customs and Border Protection,     )
24 GREGORY J. ARCHAMBEAULT,                )
   Director of U.S. Immigration and        )
25 Custom Enforcement and Removal          )
26 Operations (ERO) San Diego              )
27             Defendant(s).
28

TO THE COURT, CLERK, AND ALL PARTIES

Pursuant to the local rules, chamber rules, and the Federal Rules of Procedure, Plaintiff-Petitioner A.M. hereby moves to seek clarity on the Court's February 5, 2026 order and the status of the judgment in this matter.  Plaintiff expressly preserves the right to seek attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, and nothing should be construed as a waiver of Plaintiff's right to seek attorney's fees and reimbursement of costs.

Plaintiff further respectfully notes that the docket does not reflect entry of a separate judgment pursuant to Federal Rule of Civil Procedure 58.  The court ordered the clerk to close the case but preserved jurisdiction for defendants to report back, which occurred on February 12, 2026. (ECF No.129). Plaintiff hereby moves for clarification of the entry in favor of plaintiff.  Alternatively, the judgement is deemed entered within 150 days after the order under F.R.C.P. 58(c)(2).

Both parties understand the case to be closed in favor of Plaintiff. Plaintiff's counsel contacted defense on or about February 23, 2026, and corresponded on February 24, 2026, confirming the parties' shared understanding that a motion for fees would not need to occur for 90 days and that final judgement does not occur until after the 60-day appeal period.  Plaintiff agreed to withhold filing a formal motion for fees in an effort to allow the parties time to pursue settlement.  On or about March 2 and March 5th, Plaintiff's counsel further confirmed the parties' intent to settle and to file notice with the court seeking clarification.

Accordingly, this motion is submitted in part to clarify the status of the entry of judgment and as notice of reservation of rights to preserve attorney's fees and costs following entry of the final judgment and expiration of any appeal period.

Executed March 09, 2026, in San Diego, California.

                                      LAW OFFICES OF EMILY E. HOWE

                                      *By /s/ Emily Howe*

                                      Emily Howe